# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 8, 2014

_____

## RESPONSE REQUESTED
_____

No. 14-4195,    US v. Tyrone Wilson
                2:11-cr-00180-RAJ-7

TO:   Harry Dennis Harmon

RESPONSE DUE: 07/21/2014

Response is required to the motion to dismiss appeal.  Response must be filed by
the response due date shown in this notice.

Cathy Poulsen, Deputy Clerk
804-916-2704